SAMUEL MURPHY, *Plaintiff in Error*, VS. TURNER CONSTRUCTION COMPANY, ETC., a Corporation, Defendant in *Error*.

Division B.

Decision filed February 5, 1931.

*Harold M. Wilson,* for Plaintiff in Error;

*Kurtz & Reed,* for Defendant in Error.

PER CURIAM.—The judgment in this case should be affirmed on authority of the opinion in the case of Jacques vs. Miami Ice & Cold Storage Company, 73 Fla. 1193, 75 Sou. 788, and cases there cited. It is so ordered.

Affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.